[No. 8004–4–II.   Division Two.   September 8, 1986.]

LEON T. NOBLE, *Appellant,* v. ELDON D. STROUP,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 82–2–00186–5, Don L. McCulloch, J., entered July 13, 1984. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich and Alexander, JJ.

[No. 8329–9–II.   Division Two.   September 8, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. LEO A.
FANNON, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 84–1–00227–9, Milton R. Cox, J., entered November 15, 1984. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, A.C.J., and Alexander, J.

[No. 7869–4–II.   Division Two.   September 8, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. JERRY
W. DEBORD, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 83–1–00414–2, James D. Roper, J., entered May 21, 1984. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich and Alexander, JJ.

[No. 7700–1–II.   Division Two.   September 12, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v.
DOUGLAS JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 83–1–00340–4, Milton R. Cox, J., entered February 9, 1984. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Reed, A.C.J., and Petrich, J.